IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. WDQ-12-0479 |
| GARNETT GILBERT SMITH, | : | |
| a/k/a Abdule Jones, Defendant. | : | |

...ooo0ooo...

### FINAL ORDER OF FORFEITURE

Upon review of the Government's request for a Final Order of Forfeiture and the pertinent record, IT IS ORDERED, ADJUDGED, AND DECREED on this 30 day of January 2014, as follows:

1. A preliminary order of forfeiture was issued on November 26, 2013, pertaining to the following properties:

   a. All right, title and interest in the real property held in the name of Garnett Gilbert Smith, or in the aliases Abdule Jones and Brian Slack, including, but not limited to the following properties:

      i. Camden Avenue and I-85, Durham, North Carolina; ii. 414 Water Street, Unit 1111, Baltimore, Maryland; iii. 8056 Abington Drive, Locust Drive, Georgia.

   b. All right, title and interest of Garnett Gilbert Smith, or in the aliases Abdule Jones and Brian Slack, in the following assets, accounts and holdings:

      i. Tryad Group LLC (Ridge Goodman LLC);

  ii.  ASA Enterprises, LLC;

  iii.  Bank of America Account Nos. 0044 6369 4211
              0057 8336 8860
              4460 2321 1249
              4460 2404 1942;

  iv.  Assorted jewelry valued at $497,850, more or less, seized from 1148 Carbondale Way, Gambrills, Maryland;

  v.  United States currency in the amount of $740,000, more or less, seized from 1148 Carbondale Way, Gambrills, Maryland;

  vi.  Assorted jewelry valued at $1,100,000, more or less, seized from 11805 Laurelwood Drive, Unit 106, Studio City, California.

c. All right, title and interest of Garnett Gilbert Smith, or in the aliases Abdule Jones and Brian Slack, in the following vehicles:

  i.  2008 Land Rover Vin#SALMF13418A279946;

  ii.  2012 Volkswagen Vin#3VWV67AT3CM648470;

  iii.  2010 Campagna Trex 14RR Vin#2C9T19C47A2145009;

  iv.  2012 Camppagna Trex 14R Vin#2C9T19C49B2145059;

  v.  2007 Kia Sedona Minivan Vin#KNDMB23357610611;

  vi.  2007 Chrysler Pacifica Vin#2A8GM48L47R364178;

  vii.  2007 Toyota FJ Cruiser Vin#JTEB411F670085423;

  viii.  2008 Land Rover Vin#SALSK2548A167625;

  ix.  1999 Jeep Grand Cherokee Vin#1J4GW68N9XC786738;

  x.  2006 Hummer H2 Vin#5GTDN136068292633;

  xi.  2008 Mercedes CL550 Vin#WDDEJ71X68A008395;

  xii.  2008 Maybach Vin#WDBVF78J88A002285;

  xiii.  2007 Cadillac Escalade Vin#1GYFK63847R341250;

  xiv. 2009 Can Am Spyder three wheel motorcycle, Vin#2BXJAAA169V000853;

  xv. 2010 Can Am Spyder three wheel motorcycle, Vin#2BXJBGC15AV000747;

  xvi. 2010 Aston Martin, Vin# SCFHDDAJ3AAF00532

  xvii. 2009 Lamborghini Murcielago, Vin# ZHWBU47S29LA03306

That preliminary forfeiture order ran to the interests of Garnett Gilbert Smith, and the aliases Abdule Jones and Brian Slack.

2. According to the government, Garnett Gilbert Smith, or in the aliases Abdule Jones and Brian Slack, are the only individuals known to have any interest in the above-listed properties. By order dated November 26, 2013, the Court forfeited the interests of the Defendant in these same properties.

3. The government published the terms of the preliminary order as required by Rule 32.2 of the Federal Rules of Criminal Procedure. The time for the filing of any claim to contest this forfeiture has expired and no third-party claims have been filed.

4. The following properties are condemned:

a. All right, title and interest in the real property held in the name of Garnett Gilbert Smith, and the aliases Abdule Jones and Brian Slack, including, but not limited to the following properties:

  i. Camden Avenue and I-85, Durham, North Carolina;

  ii. 414 Water Street, Unit 1111, Baltimore, Maryland;

  iii. 8056 Abington Drive, Locust Drive, Georgia.

b. All right, title and interest of Garnett Gilbert Smith, and the aliases Abdule Jones and Brian Slack, in the following assets, accounts and holdings:

    i.      Tryad Group LLC (Ridge Goodman LLC);

    ii.     ASA Enterprises, LLC;

    iii.    Bank of America Account Nos. 0044 6369 4211
                                       0057 8336 8860
                                       4460 2321 1249
                                     4460 2404 1942;

    iv.    Assorted jewelry valued at $497,850, more or less, seized from 1148 Carbondale Way, Gambrills, Maryland;

    v.     United States currency in the amount of $740,000, more or less, seized from 1148 Carbondale Way, Gambrills, Maryland;

    vi.    Assorted jewelry valued at $1,100,000, more or less, seized from 11805 Laurelwood Drive, Unit 106, Studio City, California.

c.    All right, title and interest of Garnett Gilbert Smith, and the aliases Abdule Jones and Brian Slack, in the following vehicles:

    i.      2008 Land Rover Vin#SALMF13418A279946;

    ii.     2012 Volkswagen Vin#3VWV67AT3CM648470;

    iii.    2010 Campagna Trex 14RR Vin#2C9T19C47A2145009;

    iv.    2012 Camppagna Trex 14R Vin#2C9T19C49B2145059;

    v.     2007 Kia Sedona Minivan Vin#KNDMB23357610611;

    vi.    2007 Chrysler Pacifica Vin#2A8GM48L47R364178;

    vii.   2007 Toyota FJ Cruiser Vin#JTEB411F670085423;

    viii.  2008 Land Rover Vin#SALSK2548A167625;

    ix.    1999 Jeep Grand Cherokee Vin#1J4GW68N9XC786738;

    x.     2006 Hummer H2 Vin#5GTDN136068292633;

    xi.    2008 Mercedes CL550 Vin#WDDEJ71X68A008395;

    xii.   2008 Maybach Vin#WDBVF78J88A002285;

    xiii.  2007 Cadillac Escalade Vin#1GYFK63847R341250;

    xiv.    2009 Can Am Spyder three wheel motorcycle, Vin#2BXJAAA169V000853;

    xv.    2010 Can Am Spyder three wheel motorcycle, Vin#2BXJBGC15AV000747;

    xvi.    2010 Aston Martin, Vin# SCFHDDAJ3AAF00532

    xvii.    2009 Lamborghini Murcielago, Vin# ZHWBU47S29LA03306.

All right, title, and interest of Garnett Gilbert Smith, and the aliases Abdule Jones and Brian Slack, and any and all other persons and entities are forfeited to the United States of America.

5.    The U.S. Marshals Service shall dispose of these defendant properties in accordance with law.

6.    The clerk of the court shall provide copies of this order to counsel of record.

_____
William D. Quarles
United States District Judge