IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL NO. JKB-12-0479** |
| **GARNETT GILBERT SMITH,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The motion of Defendant Garnett Smith to have the Office of the Federal Public Defender recused from representing him in relation to Smith's motion to reduce sentence (ECF No. 221) is GRANTED. The Federal Public Defender shall not represent the Defendant and instead he shall proceed *pro se*.

DATED this 24th day of July, 2019.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge